PLESE Adopt this Inmate 1987616163 this Law
#4

NOfee/NOIFP SUITE AT  1541
WESTERN DISTRIC FEDERAL Distris Court

700 GRANT STREET
Pittsburgh, PENNSYLVNIA
15219

PLAINtiff
MR. DEWITT Thomas Smith Jr.
SOCIAL Security Administraction
No. ████████-3625.

United States Army
TRAINING No. U.S. 678059054
PENNSYLVNIA ProbACtion
No. H1164.
538½ EVANS Street
McKEEsport, PENNSYLVANIA
15132-2001

V
Defent's
Allegheng County Jail Warden Chief Psychirst
4th Avenue Mental Health Hearing Officer
Pittsburgh PENNSYLVNIA 15219

PLESE— Allow me MR. DEWITT Thomas Smith Jr.
PENNSYLVNIA ProbACtion No H1164—the—priveledge
To—proceed as—paid—Indengent

Septenber 12 2016
9/12/16
Time 1224Am

RECEIVED
SEP 28 2016
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16-1487
No.

(1). At my last 2 detention Arrest at The Allegheny County city of Pittsburgh County Jail 4th Avenue Pittsburgh, Pennsylvania i was committed Twice to Torrance State Hospital Torrance, Pennsylvnia i Dewitt Thomas Smith Jurenior born July 19, 1948. at Maggie Womans Hospital Pittsburgh, PA.

I Dewitt Thomas Smith Jurnior am Not sure of the first commitment To Torrance Stat Hospital in Torrance, Pennsylvnia, i wasent given a examination for my Hernia nor left and right should fractures, no medication befiting menhl defences, nor was i Dewitt Thomas Smith Jurnior didnt Have Representation of and attorney at aledge ment if their was a 402 403 404 405 406 or 407 Mental Health Hearing, but i was sent To Torrane State Hospital and recived No prescribed 402 403 404 405 406 407 Mental Health Hearings within 42 Hours and No Representation of Legal Assist Nor Public Defender.

And i Dewitt Thomas Smith Jr was detaind at The Allegheny County Lock up Jail on 4th Avenue Pgh, PA an under went Natzy Tactics of World War 2 German of Adolf Hitler at All Time of 2 to 10 Am to Te 2 to 10 pm i was subjected to Electricity in and above Electri city of Dopemion an Harm with Climet

with INSIDE wealther sub EXZICTIONIZEd.

My committs From The Alleghery were UNconstu
ititionnl ani mg second committment
of 403. 404. 405 406 408 were Not done
with UNiTed Stnts of Americ MentAl
Health Petitions i HAle NONE. both times
to Torrance State HOSPiTAl i didntrelive
RESPect By Laws of the 4th AND the 8th
ANd The 9th AN The 10th AND the 11th ANd The
14th Bill of Pights of The Americ
due processes And law of the Constut
ititiong of The UNiTed States of America

IN July 2015 or August 2015 i was told by Mr
Jeffery Ayes PENNsylvania ProbAction
Officer 135 Enterprize Street Pittsburgh
PENNsylvnia, Mr Ayers Jeffery Tok
me DEWiti Thomas Smith jurnior that im on
indelent Probaction AN HAve been sence 2001 or
2004 for illignl Drug nddiction.
I've NEVER been convected For IV drug use
ONE 1/5 bag of MARIRIONIA was in my back
pocket WHEN ARrested IN the year 1987, At
The County Jail 408 Ross Street Pittsbursh PA, and
TAKEN to the Pittsbursh Public sefty Building
Pittsbursh, PENNsylvnia

For my deappozn of being a United States citizen AN previous and presentley being subjected to umain practs of Food Housing AN Medican an other schurblized juinder.

I DeWiti Thomas Smith jr want a hearing with in 180days and a Restrains Orde an Injuction theire oue

And a monotary Award in the Amoun

of 600 an 89 Quadizilion dollar 900 and 78 Quadizilion dollars 600 an 58 zillion times an 600 an 52 zillion Dollars.

Date
September 12, 2016

Mr. DeWitt Thomas Smith
538½ Evans Street opt-(1)
McKeesport, PA 15132-20